

**FILED**
FEB 09 2010
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

Gregory McClellan,
Plaintiff

vs.

Jon Fink, et. al.,
Defendant

APPLICATION TO PROCEED
IN FORMA PAUPERIS
BY A PRISONER

CASE NUMBER: 1:10-CV-00208-YNP(PC)

I, **Gregory McClellan**, declare that I am the plaintiff in the above-entitled proceeding; that, in support of my request to proceed without prepayment of fees under 28 U.S.C. § 1915, I declare that I am unable to pay the fees for these proceedings or give security therefor and that I am entitled to the relief sought in the complaint.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated: ☒ Yes    ☐ No (If "No" DO NOT USE THIS FORM)

   If "Yes" state the place of your incarceration. **Kern County Jail**

   **Have the institution fill out the Certificate portion of this application and attach a certified copy of your prison trust account statement showing transactions for the past six months.**

2. Are you currently employed?    ☐ Yes    ☒ No

   a. If the answer is "Yes" state the amount of your pay. **N.A.**

   b. If the answer is "No" state the date of your last employment, the amount of your take-home salary or wages and pay period, and the name and address of your last employer.
   **11/09, Labor Ready, Bkfld, CA. Minimum wages Temporary**

3. In the past twelve months have you received any money from any of the following sources?

   a. Business, profession or other self-employment    ☐ Yes    ☒ No

   b. Rent payments, interest or dividends    ☐ Yes    ☒ No

   c. Pensions, annuities or life insurance payments    ☐ Yes    ☒ No

   d. Disability or workers compensation payments    ☐ Yes    ☒ No

   e. Gifts or inheritances    ☐ Yes    ☒ No

   f. Any other sources    ☒ Yes    ☐ No

If the answer to any of the above is "Yes" describe by that item each source of money and state the amount received **and** what you expect you will continue to receive. Please attach an additional sheet if necessary.
**$50.00 from mom in 10/09**

IFPFORM  Revised 5/99

4. Do you have cash or checking or savings accounts?   ☐ Yes   ☒ No

   If "Yes" state the total amount: ___none___

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or other valuable property?   ☐ Yes   ☒ No

   If "Yes" describe the property and state its value. ___none___

6. Do you have any other assets?   ☐ Yes   ☒ No

   If "Yes" list the asset(s) and state the value of each asset listed.

7. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support.

   J.C.M., minor daughter.
   $500.00 per month

   I hereby authorize the agency having custody of me to collect from my trust account and forward to the Clerk of the United States District Court payments in accordance with 28 U.S.C. § 1915(b)(2).

   I declare under penalty of perjury that the above information is true and correct.

   2-4-2010                    J McClellan
   _____                   _____
   DATE                        SIGNATURE OF APPLICANT

   Granted Forma Pauperis Already.

   **CERTIFICATE**
   (To be completed by the institution of incarceration)

   I certify that the applicant named herein has the sum of $_____ on account to his/her credit at

   _____ (name of institution). I further certify that during the past six months

   the applicant's average monthly balance was $_____. I further certify that during the past six months the

   average of monthly deposits to the applicant's account was $_____.

   (Please attach a certified copy of the applicant's trust account statement showing transactions for the past six months.)

   _____     _____
   DATE                        SIGNATURE OF AUTHORIZED OFFICER